**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **09–11184**

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/26/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### *** See Reverse Side For Important Explanations and Possible Dismissal ***

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Arthur Gomes
9519 Avenel Road
Silver Spring, MD 20903

| Case Number:<br>09–11184   pm | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–7819 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>**PRO SE** | Bankruptcy Trustee (name and address):<br>Merrill Cohen<br>Cohen, Baldinger & Greenfeld, LLC<br>7910 Woodmont Avenue<br>Suite 1103<br>Bethesda, MD 20814<br>Telephone number: (301) 881–8300 |

## Meeting of Creditors

Date: **March 3, 2009**            Time: **03:00 PM**
Location: **6305 Ivy Lane, Sixth Floor, Greenbelt, MD 20770**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 5/4/09**
**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Greenbelt Division<br>6500 Cherrywood Lane, Ste. 300<br>Greenbelt, MD 20770<br>Telephone number: (301) 344–8018 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mark D. Sammons |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 1/27/09 |

## EXPLANATIONS    B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Possible Dismissal** | Debtor's failure to comply with the filing requirements of the Bankruptcy Code § 521(a)(1) within 45 days of the filing of the petition will result in the automatic dismissal of this case pursuant to § 521(i)(1). |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0416-0          User: equitoria          Page 1 of 1          Date Rcvd: Jan 27, 2009
Case: 09-11184                Form ID: B9A             Total Served: 17
```

The following entities were served by first class mail on Jan 29, 2009.
```
db              +Arthur Gomes,   9519 Avenel Road,   Silver Spring, MD 20903-2309
24989132        +American Recovery Svc,   555 St Charles Drive Str 100,   Thousand oaks, CA 91360-3983
24989163        +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
                  Baltimore, MD 21201-2305
24989137        +Home Depot credit services,   Processing Centre,   Des Moines, IA 50364-0001
24989138        +Mann Bracken LLC,   2727 Paces Ferry Road,   one Paces West, Suite 1400,   Atlanta, GA 30327-2734
24989139        +Margolis Pritzker Epstein & Bl,   Suite 222,   110 west Road,   Towson, MD 21204-2341
24989140        +Morequity,   9519 Avenel Road,   silver spring, MD 20903-2309
24989141        +Philips & Cohen Assoc. Ltd,   P 0 Box 48458,   oak Park, MI 48237-6058
24989164        +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
                  Baltimore, MD 21201-2201
24989162        +Taxing Authority of Montgomery County,   Division of Treasury,   255 Rockville Pike, Ste. L-15,
                  Rockville, MD 20850-4188
24989133        +capital one,   P 0 Box 71083,   charlotte, NC 28272-1083
24989135         countrywide,   8615 RiqqS Road,   Hyattsville, MD 20783
24989142        +viking collection Svc Inc,   Po Box 59207,   Minneapolis, MN 55459-0207
24989143        +zwicker & Associates P C,   2915 N 67th Place,   Scottsdale, AZ 85251-6001
```

The following entities were served by electronic transmission on Jan 27, 2009.
```
tr              +EDI: QMCOHEN.COM Jan 27 2009 16:34:00      Merrill Cohen,   Cohen, Baldinger & Greenfeld, LLC,
                  7910 Woodmont Avenue,   Suite 1103,   Bethesda, MD 20814-3061
24989131        +EDI: AMEREXPR.COM Jan 27 2009 16:33:00      American Express,   P 0 BOX 1270,
                  Newark, NJ 07101-1270
24989136         EDI: DISCOVER.COM Jan 27 2009 16:34:00      Discover,   P 0 Box 30943,   salt Lake City, UT 84130
                                                                                               TOTAL: 3

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24989134*       +capital one,   P o Box 71083,   charlotte, NC 28272-1083
                                                                                               TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2009**                    Signature:    *Joseph Speetjens*