May 20 2009

As per your letter dated 5/12/09, this is an amendment to the matrix

The correct address is: Countrywide
PO Box 660694
Dallas, TX 75266-0694

I did send the ORDER-DOCUMENT to the above address by certified mail and return receipt.

The copy is attached.

I am sorry for the error.


Sincerely

Arthur Gomes
Case No 09-11184-PM   Chapter 7

```
                    LANGLEY PARK
                  HYATTSVILLE, Maryland
                      207839997
                    1050050787 -0098
       05/20/2009    (800)275-8777    02:29:00 PM
       ─────────────────────────────────────────
                     Sales Receipt
       Product          Sale  Unit        Final
       Description      Qty   Price       Price

       DALLAS TX 75266 Zone-6            $0.44
       First-Class Letter
         0.50 oz.
         Return Rcpt (Green Card)        $2.30
         Certified                       $2.80
         Label #:      70082810000024554798
                                       ========
       Issue PVI:                        $5.54


       Total:                            $5.54

       Paid by:
       Cash                             $10.00
       Change Due:                      -$4.46

       Order stamps at USPS.com/shop or call
       1-800-Stamp24.  Go to USPS.com/clicknship
       to print shipping labels with postage.
       For other information call 1-800-ASK-USPS.

       Bill#: 1000201951489
       Clerk: 11

          All sales final on stamps and postage
          Refunds for guaranteed services only
                 Thank you for your business
       ******************************************
       ******************************************
                      PICK UP A FREE
                    RECYCLING ENVELOPE
          Take an envelope to recycle your inkjet
          cartridge, cell phone or small electronics
                       free of charge!
       ******************************************
       ******************************************


       ******************************************
       ******************************************
                  HELP US SERVE YOU BETTER

             Go to: http://gx.gallup.com/pos

               TELL US ABOUT YOUR RECENT
                   POSTAL EXPERIENCE

                  YOUR OPINION COUNTS
       ******************************************
       ******************************************



                        Customer Copy
```

7008 2810 0000 2455 4798

FILED
2009 JUN -2 AM 11:09
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT